JS 44C/SDNY
REV. 06/01/17

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
DSB Holdings, LLC, as assignee of Galvstar LLC

**DEFENDANTS**
Pioneer Investment Management, Inc., n/k/a Amundi Pioneer Asset Management, Inc.

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
Matthew Sheppe
425 Madison Avenue, 19th Floor, New York, NY 10017
(212) 753-2424

**ATTORNEYS (IF KNOWN)**
Charles L. Solomont, Andrew M. Buttaro
Morgan, Lewis & Bockius LLP, One Federal Street, Boston, MA 02110
(617) 341-7700

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

28 U.S.C. §§ 1332, 1441

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No [ ] Yes [✓]     Judge Previously Assigned

If yes, was this case Vol. [ ] Invol. [ ] Dismissed. No [ ] Yes [ ]   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No [x]   Yes [ ]

(PLACE AN [x] IN ONE BOX ONLY)                    NATURE OF SUIT

                        TORTS                                                                              ACTIONS UNDER STATUTES

**CONTRACT**            **PERSONAL INJURY**         **PERSONAL INJURY/**         **FORFEITURE/PENALTY**    **BANKRUPTCY**                **OTHER STATUTES**
                                                    [ ] 367 HEALTHCARE/
[ ] 110  INSURANCE      [ ] 310 AIRPLANE            PHARMACEUTICAL PERSONAL      [ ] 625 DRUG RELATED      [ ] 422 APPEAL               [ ] 375 FALSE CLAIMS
[ ] 120  MARINE         [ ] 315 AIRPLANE PRODUCT    INJURY/PRODUCT LIABILITY     SEIZURE OF PROPERTY           28 USC 158               [ ] 376 QUI TAM
[ ] 130  MILLER ACT             LIABILITY           [ ] 365 PERSONAL INJURY      21 USC 881                [ ] 423 WITHDRAWAL           [ ] 400 STATE
[ ] 140  NEGOTIABLE     [ ] 320 ASSAULT, LIBEL &         PRODUCT LIABILITY       [ ] 690 OTHER                 28 USC 157                      REAPPORTIONMENT
         INSTRUMENT             SLANDER             [ ] 368 ASBESTOS PERSONAL                                                           [ ] 410 ANTITRUST
[ ] 150  RECOVERY OF    [ ] 330 FEDERAL                  INJURY PRODUCT                                                                 [ ] 430 BANKS & BANKING
         OVERPAYMENT &          EMPLOYERS'               LIABILITY               **PROPERTY RIGHTS**                                    [ ] 450 COMMERCE
         ENFORCEMENT            LIABILITY                                                                                               [ ] 460 DEPORTATION
         OF JUDGMENT    [ ] 340 MARINE              **PERSONAL PROPERTY**        [ ] 820 COPYRIGHTS                                     [ ] 470 RACKETEER INFLU-
[ ] 151  MEDICARE ACT   [ ] 345 MARINE PRODUCT                                   [ ] 830 PATENT                                                 ENCED & CORRUPT
[ ] 152  RECOVERY OF            LIABILITY           [ ] 370 OTHER FRAUD          [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION                ORGANIZATION ACT
         DEFAULTED      [ ] 350 MOTOR VEHICLE       [ ] 371 TRUTH IN LENDING     [ ] 840 TRADEMARK                                              (RICO)
         STUDENT LOANS  [ ] 355 MOTOR VEHICLE                                                                                           [ ] 480 CONSUMER CREDIT
         (EXCL VETERANS)        PRODUCT LIABILITY                                                          **SOCIAL SECURITY**          [ ] 490 CABLE/SATELLITE TV
[ ] 153  RECOVERY OF    [ ] 360 OTHER PERSONAL      [ ] 380 OTHER PERSONAL       **LABOR**
         OVERPAYMENT            INJURY                   PROPERTY DAMAGE                                   [ ] 861 HIA (1395ff)         [ ] 850 SECURITIES/
         OF VETERAN'S   [ ] 362 PERSONAL INJURY -   [ ] 385 PROPERTY DAMAGE      [ ] 710 FAIR LABOR        [ ] 862 BLACK LUNG (923)             COMMODITIES/
         BENEFITS               MED MALPRACTICE          PRODUCT LIABILITY           STANDARDS ACT         [ ] 863 DIWC/DIWW (405(g))           EXCHANGE
[ ] 160  STOCKHOLDERS                                                            [ ] 720 LABOR/MGMT        [ ] 864 SSID TITLE XVI
         SUITS                                                                       RELATIONS            [ ] 865 RSI (405(g))
[x] 190  OTHER                                      **PRISONER PETITIONS**       [ ] 740 RAILWAY LABOR ACT                              [ ] 890 OTHER STATUTORY
         CONTRACT                                   [ ] 463 ALIEN DETAINEE       [ ] 751 FAMILY MEDICAL    **FEDERAL TAX SUITS**                ACTIONS
[ ] 195  CONTRACT                                   [ ] 510 MOTIONS TO           LEAVE ACT (FMLA)                                       [ ] 891 AGRICULTURAL ACTS
         PRODUCT                                        VACATE SENTENCE                                    [ ] 870 TAXES (U.S. Plaintiff or
         LIABILITY      **ACTIONS UNDER STATUTES**      28 USC 2255              [ ] 790 OTHER LABOR           Defendant)              [ ] 893 ENVIRONMENTAL
[ ] 196  FRANCHISE      **CIVIL RIGHTS**            [ ] 530 HABEAS CORPUS            LITIGATION            [ ] 871 IRS-THIRD PARTY              MATTERS
                                                    [ ] 535 DEATH PENALTY        [ ] 791 EMPL RET INC          26 USC 7609             [ ] 895 FREEDOM OF
                        [ ] 440 OTHER CIVIL RIGHTS  [ ] 540 MANDAMUS & OTHER         SECURITY ACT (ERISA)                                       INFORMATION ACT
**REAL PROPERTY**               (Non-Prisoner)                                                                                          [ ] 896 ARBITRATION
                        [ ] 441 VOTING                                                                                                  [ ] 899 ADMINISTRATIVE
[ ] 210  LAND           [ ] 442 EMPLOYMENT          **PRISONER CIVIL RIGHTS**    **IMMIGRATION**                                                PROCEDURE ACT/REVIEW OR
         CONDEMNATION   [ ] 443 HOUSING/                                                                                                        APPEAL OF AGENCY DECISION
[ ] 220  FORECLOSURE            ACCOMMODATIONS      [ ] 550 CIVIL RIGHTS         [ ] 462 NATURALIZATION
[ ] 230  RENT LEASE &   [ ] 445 AMERICANS WITH      [ ] 555 PRISON CONDITION         APPLICATION                                        [ ] 950 CONSTITUTIONALITY OF
         EJECTMENT              DISABILITIES -      [ ] 560 CIVIL DETAINEE       [ ] 465 OTHER IMMIGRATION                                      STATE STATUTES
[ ] 240  TORTS TO LAND          EMPLOYMENT              CONDITIONS OF CONFINEMENT    ACTIONS
[ ] 245  TORT PRODUCT   [ ] 446 AMERICANS WITH
         LIABILITY              DISABILITIES -OTHER
[ ] 290  ALL OTHER      [ ] 448 EDUCATION
         REAL PROPERTY

Check if demanded in complaint:

[ ] CHECK IF THIS IS A **CLASS ACTION**
    UNDER F.R.C.P. 23

DEMAND $_____ OTHER _____

Check YES only if demanded in complaint
JURY DEMAND: [ ] YES [ ] NO

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y.
AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

JUDGE Hon. George B. Daniels   DOCKET NUMBER 16-cv-7126

NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [ ] 1 Original Proceeding
- [x] 2 Removed from State Court
  - [x] a. all parties represented
  - [ ] b. At least one party is pro se.
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY) **BASIS OF JURISDICTION** *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [ ] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [x] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [x] 1 | [ ] 1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ] 3 | [ ] 3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ] 5 | [x] 5 |
| CITIZEN OF ANOTHER STATE | [ ] 2 | [ ] 2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ] 4 | [ ] 4 | FOREIGN NATION | [ ] 6 | [ ] 6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)
DSB Holdings, LLC is owned by Bain Partners LLC. Bain Partners LLC has one member, Daniel Bain, whose address appears to be 301 W. 57th Street, New York, New York County, NY, 10019.

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)
Amundi Pioneer Asset Management, Inc. is a Delaware corporation with its principal place of business at 60 State Street, Boston, Suffolk County, Massachusetts, 02109.

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**
I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one: THIS ACTION SHOULD BE ASSIGNED TO:  [ ] WHITE PLAINS   [x] MANHATTAN

DATE 11/27/2019   SIGNATURE OF ATTORNEY OF RECORD   ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 03  Yr. 2017)
RECEIPT #   /s/ Andrew M. Buttaro   Attorney Bar Code # AB7279

Magistrate Judge is to be designated by the Clerk of the Court.
Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)