USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

DSB HOLDINGS, LLC, as assignee of GALVSTAR, LLC,

                Plaintiff,

-against-

PIONEER INVESTMENT MANAGEMENT, INC., N/K/A AMUNDI PIONEER ASSET MANAGEMENT,

                Defendant.
-----------------------------------------------------------------X

1:19-cv-10972-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

      This action was removed from the Supreme Court of the State of New York, New York County on November 27, 2019. Pursuant to Fed. R. Civ. P. 81(c)(3), if any party wishes to demand a jury trial in this matter, the demand must be served and filed no later than January 3, 2020. Additionally, Plaintiff's counsel is directed to promptly file a notice of appearance in this case. Defendant is directed to serve a copy of this order on Plaintiff, and to retain proof of service.

      SO ORDERED.

Dated: December 6, 2019
New York, New York

                                          _____
                                          GREGORY H. WOODS
                                          United States District Judge